**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

FILED
JAN 1 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## NOTICE TO SUBMIT ADDITIONAL DOCUMENTATION AND/OR FILING FEE

TO:

CASE NO.: C08-00249 EMC

DATE: JAN 1 5 2008

RE: TITLE VII - EMPLOYMENT DISCRIMINATION CASE

In order for the Court to proceed with your previously submitted employment discrimination complaint, submission of the following item(s) is required:

✓  Your complaint may not be filed until you either pay the $350.00 filing fee or submit a completed form Request to Proceed In Forma Pauperis. A copy of the form is being provided to you with this notice.

___ Your complaint may not proceed until you file the Notice of Right to Sue Letter sent to you by the Equal Employment Opportunity Commission. Please file as soon as possible.

___ Other: _____

RICHARD W. WIEKING, Clerk

CYNTHIA LENAHAN

By: Deputy Clerk