United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH J. PIMENTEL,                              No. C08-0249 EMC

        Plaintiff,

   v.

**CLERK'S NOTICE**

THOMAS J. ORLOFF, et al.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for 4/23/08 at 1:30 p.m is reset for 6/11/08 at 1:30 p.m. before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  A Joint Case Management Statement shall be filed by 6/4/08.  Please is directed to serve a copy of this notice upon defendants.

Dated:  April 24, 2008                        FOR THE COURT,
                                                                     Richard W. Wieking, Clerk

                                                by: _____
                                                     Betty Fong
                                                     Courtroom Deputy