CS4

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

DEBORAH J. PIMENTEL

CASE NUMBER: C08-00249 - FMC

V.

TO: (Name and address of defendant)

THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER,
DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA
COUNTY, THE COUNTY OF ALAMEDA, DOES 1 to 10,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DEBORAH J. PIMENTEL, IN PRO PER
CA SBN # 115182
6644 WOOSTER COURT
CASTRO VALLEY, CALIFORNIA 94552
(510) 886-8933

an answer to the complaint which is herewith served upon you, within ____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAY 1 4 2008

(BY) DEPUTY CLERK