# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL CASE**

DEBORAH J. PIMENTEL

V.

CASE NUMBER: C08-0024~~9~~ *EMC*

**FILED**

MAY 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: (Name and address of defendant)

THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, THE COUNTY OF ALAMEDA, DOES 1 to 10,

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DEBORAH J. PIMENTEL, IN PRO PER
CA SBN # 115182
6644 WOOSTER COURT
CASTRO VALLEY, CALIFORNIA 94552
(510) 886-8933

an answer to the complaint which is herewith served upon you, within         days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

DATE    MAY 1 4 2008

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>5-16-2008 |
| Name of SERVER DAVID McBARRON, dba A QUICK SERVE<br>P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | TITLE OWNER<br>(510) 501-0366 |

Check one box below to indicate appropriate method of service

☒    Served Personally upon the Defendant. Place where served: THOMAS J. ORLOFF
                                                         AGENT: TERESA RIGHT
                                                          1225 FALLON STREET
                                                          OAKLAND, CALIFORNIA 94612

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.5 miles x2 | process serving | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-16-2008
               Date

Signature of Server

P.O. BOX 667, HAYWARD, CA 94543
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-16-2008 |

| Name of SERVER | DAVID McBARRON, dba A QUICK SERVE<br>P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | TITLE | OWNER<br>(510) 501-0366 |
|---|---|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:  NANCY O'MALLEY
                                            AGENT: TERESA RIGHT
                                            1225 FALLON STREET
                                            OAKLAND, CALIFORNIA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.5x2 | process service | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-16-2008
                  *Date*

*Signature of Server*

P.O. BOX 667, HAYWARD,CA 94543

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and Complaint was made by me [1] | **DATE** 5-16-2008 |

| | | |
|---|---|---|
| **Name of SERVER** DAVID McBARRON, dba A QUICK SERVE<br>P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | **TITLE** OWNER<br>(510) 501-0366 | |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served:   DAVID C. BUDDE
AGENT: TERESA RIGHT
1225 FALLON STREET
OAKLAND, CALIFORNIA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.5 x2 | PROCESS SERVICE | 65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-16-2008
                    Date

*Signature of Server*

P.O. BOX 667, HAYWARD, CA 94543

*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-16-2008 |

| Name of SERVER | DAVID McBARRON, dba A QUICK SERVE P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | TITLE OWNER (510) 501-0366 |
|---|---|---|

*Check one box below to indicate appropriate method of service*

☒     Served Personally upon the Defendant. Place where served: THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY AGENT: TERESA RIGHT 1225 FALLON STREET OAKLAND, CALIFORNIA 94612

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐     Returned unexecuted:

☐     Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.5 x2 | PROCESS SERVICE | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

| Executed on | 5-16-2008 | | Signature of Server |
|---|---|---|---|
| | *Date* | | |

P.O. BOX 667, HAYWARD,CA 94543

*Address of Server*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-16-2008 |

| Name of SERVER | DAVID McBARRON, dba A QUICK SERVE | TITLE OWNER |
|---|---|---|
| | P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | (510) 501-0366 |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: COUNTY OF ALAMEDA
AGENT: ROSE CABLLEROR
1221 FALLON STREET
OAKLAND, CALIFORNIA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 14.5 x2 | PROCESS SERVICE | 65.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5-16-2008
_____
Date

_____
Signature of Server

P.O. BOX 667, HAYWARD,CA 94543
_____
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | **DATE** 5-16-2008 |

| Name of SERVER | TITLE |
|---|---|
| DAVID McBARRON, dba A QUICK SERVE<br>P.O. BOX 667, HAYWARD, CALIFORNIA 94543 | OWNER<br>(510) 501-0366 |

*Check one box below to indicate appropriate method of service*

[X]    Served Personally upon the Defendant. Place where served: RICHARD KLEMMER, *agent Jessica Castillo*
24405 AMADOR STREET
HAYWARD, CALIFORNIA 94544

[ ]    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ]    Returned unexecuted:

[ ]    Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 4.5. x2 | process service | 65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

| Executed on | 5-16-2008 | |
|---|---|---|
| | *Date* | *Signature of Server* |

P.O. BOX 667, HAYWARD, CA 94543
*Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure