RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:   (510) 272-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH J. PIMENTEL,<br><br>                                    Plaintiff,<br><br>vs.<br><br>THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, THE COUNTY OF ALAMEDA, DOES 1-10,<br>                                    Defendants. | Case No.: C08-00249 EMC<br><br>DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS |

Defendants THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, THE COUNTY OF ALAMEDA (hereafter "Defendants") hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court, in ruling on Defendants' motion to dismiss, take judicial notice of the following facts:

1. That the Plaintiff DEBORAH J. PIMENTEL's current member status with the State Bar of California is Inactive.

2. That Plaintiff DEBORAH J. PIMENTEL is the same individual as Deborah J. Streicher.

//

---

Pimentel v. Thomas J. Orloff, et al., *Case No.: C08-00249 EMC*
Defendants' Request for Judicial Notice

1

3. Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants submit the following information to permit the court to take judicial notice of said facts:

   a. A State Bar of California attorney-search printout, dated May 30, 2008, indicating that Deborah J. Streicher #115182 is on inactive status, attached hereto as Exhibit 1.

   b. The front page of Plaintiff's complaint, attached hereto as Exhibit 2, indicating her bar number is #115182, and that her address is the same as that listed on the attorney search printout.

4. Reference to the California Bar Association website for confirming an attorney's active or inactive status is a method "generally known within the territorial jurisdiction of the trial court". Federal Rule of Evidence § 201(b)(1).

5. Plaintiff's inactive membership status with the California Bar Association is a "fact capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence § 201(b)(2).

6. Plaintiff has filed suit against Defendants alleging employment discrimination and wrongful termination. While Plaintiff has indicated that she is in pro per, she also included her bar number on the complaint. Defendants respectfully request that this Court take judicial notice of the fact that Plaintiff's status with the State Bar of California is inactive.

DATED: June 5, 2008

RICHARD E. WINNIE
County Counsel in and for the County of Alameda, States of California

By _____
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

---

Pimentel v. Thomas J. Orloff, et al., *Case No.: C08-00249 EMC*
**Defendants' Request for Judicial Notice**

2

EXHIBIT 1
To Defendants' Request for Judicial Notice

# THE STATE BAR OF CALIFORNIA

Friday, May 30, 2008      State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

### Deborah J. Streicher - #115182

**Current Status: Inactive**

This member is inactive, but is eligible to become active.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 115182 | | |
| **Address** | 6644 Wooster Ct<br>Castro Valley, CA, 94552 | **Phone Number** | (510) 886-8933 |
| | | **Fax Number** | (510) 886-5033 |
| | | **e-mail** | Not Available |
| **District** | District 3 | **Undergraduate School** | No Information Available; |
| **County** | Alameda | **Law School** | John F Kennedy Univ SOL; Orinda CA |
| **Sections** | Criminal Law<br>Labor & Employment | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Inactive |
| 11/7/2007 | Inactive |
| 8/16/2007 | Not Eligible To Practice Law |
| 6/1/2006 | Inactive |
| 9/16/2005 | Not Eligible To Practice Law |
| 1/1/2005 | Inactive |
| 12/3/1984 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

| Effective Date | Description | Case Number | Resulting Status |
|---|---|---|---|
| | | | |

http://members.calbar.ca.gov/search/member_detail.aspx?x=115182      5/30/2008

**Disciplinary and Related Actions**
This member has no public record of discipline.

**Administrative Actions**

| | | |
|---|---|---|
| 8/16/2007 | Suspended, failed to pay Bar membr. fees | Not Eligible To Practice Law |
| 9/16/2005 | Suspended, failed to pay Bar membr. fees | Not Eligible To Practice Law |

Start New Search >

Contact Us   Site Map   Privacy Policy   Notices   © 2008 The State Bar of California

EXHIBIT 2
To Defendants' Request for Judicial Notice

E-filing

Deborah J. Pimentel, In Pro Per
CA SBN 115182
6644 Wooster Court
Castro Valley, CA 94552
510 886 8933



ORIGINAL FILED
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBORAH J. PIMENTEL,

              Plaintiff,

vs.

THOMAS J. ORLOFF, NANCY O'MALLEY,
G. RICHARD KLEMMER,
DAVID C. BUDDE, THE DISTRICT
ATTORNEY'S OFFICE OF ALAMEDA
COUNTY, THE COUNTY OF ALAMEDA,
DOES 1 – 10,

              Defendants.

Case No.: C08-00249 EMC

**EMPLOYMENT DISCRIMINATION
AND WRONGFUL TERMINATION
COMPLAINT**

1.    Plaintiff resides at:

    6644 Wooster Court

    Castro Valley, CA 94552

    Phone: 510 886 8933

2.    Defendants THOMAS J. ORLOFF, NANCY O'MALLEY, DAVID C. BUDDE and THE

DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY are located at:

    1225 Fallon Street, 9th Floor

    Oakland, CA 94612

/////

# CERTIFICATE OF SERVICE

<u>Pimentel v. Thomas Orloff, et al.</u>

Case No. C08-00249 EMC

I, Diane C. Graydon, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On June 5, 2008, I served the following document(s):

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF: REQUEST FOR JUDICIAL NOTICE

on the following parties:

Deborah J. Pimentel,
6644 Wooster Court
Castro Valley, CA 94552
T: (510) 886-8933

[X]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on June 5, 2008.

_____
Diane C. Graydon