RICHARD E. WINNIE [68048]
County Counsel
DIANE C. GRAYDON [164095]
Deputy County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone:    (510) 272-6700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH J. PIMENTEL, | |
|---|---|
| Plaintiffs, | Case No.: C08-00249 MMC |
| vs. | |
| THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, THE COUNTY OF ALAMEDA, DOES 1-10, | DEFENDANTS' REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION (28 U.S.C. §§ 651, 654) |
| Defendants. | |

In response to Clerk's notice entitled "NOTICE REGARDING NON-COMPLINACE WITH COURT ORDER," Defendants THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, THE COUNTY OF ALAMEDA, ("COUNTY DEFENDANTS,") have considered and move for relief from automatic referral to the Alternative Dispute Resolution ("ADR") program. This motion is made pursuant to the right to withhold consent enumerated in ND LR 2-3(c) and 28 U.S.C. §§ 651(b), 654. This motion is timely made, pursuant to ND ADR LR 4-2(c)(1), as COUNTY DEFENDANTS have not yet appeared in the action.

///

///

1  Opposition is based on COUNTY DEFENDANTS' belief that this is a "no liability" matter,
2  which is inappropriate for ADR processes. COUNTY DEFENDANTS request continued case
3  management by a United States District Judge.

DATED: July 17, 2008

RICHARD E. WINNIE
County Counsel in and for the County of
Alameda, State of California

By /s/
DIANE C. GRAYDON
Deputy County Counsel
Attorneys for Defendants

DECLARATION OF SERVICE

Pimentel v. Thomas Orloff, et al.

Case No. C08-00249 MMC

I, Diseph Igoni, declare that:

I am a citizen of the United States, over the age of 18 years and not a party to the within entitled action. I am employed at the Office of the County Counsel, County of Alameda, 1221 Oak Street, Suite 450, Oakland, California 94612-4296.

On July 17, 2008, I served the following document(s):

**DEFENDANTS' REQUEST FOR RELIEF FROM AUTOMATIC REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION**

on the following parties:

Deborah J. Pimentel
6644 Wooster Court
Castro Valley, CA 94552

[x]   BY MAIL: I caused true and correct copies of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) with postage thereon fully prepaid, and I further caused said envelope(s) to be placed in the United States mail, in the City of Oakland, California.

[ ]   BY FACSIMILE: I caused a copy (or copies) of such document(s) to be sent via facsimile transmission to the office(s) of the addressee(s).

[ ]   BY PERSONAL SERVICE: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

[ ]   BY FEDERAL EXPRESS: I caused true and correct copy (or copies) of the above document(s) to be placed and sealed in an envelope (or envelopes) addressed to the addressee(s) and I caused such envelope(s) to be delivered to Federal Express for overnight courier service to the office(s) of the addressee(s).

[ ]   (By QIC) I caused true copy (or copies) of the above document(s) by placing said copy (or copies) in a QIC envelope and deposited same in the Alameda County Messenger Service at Oakland, California addressed to the office(s) of addressee(s).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Oakland, California on July 17, 2008.

DISEPH IGONI

Declaration of Service, Case No. C08-00249 MMC