1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

**United States District Court**
**For the Northern District of California**

DEBORAH J. PIMENTEL,                    No. C-08-0249 MMC

12              Plaintiff,              **ORDER CONTINUING CASE**
                                        **MANAGEMENT CONFERENCE;**
13        v.                            **GRANTING DEFENDANTS' REQUEST**
                                        **FOR RELIEF FROM AUTOMATIC**
14    THOMAS J. ORLOFF, et al.,         **REFERRAL TO ALTERNATIVE DISPUTE**
                                        **RESOLUTION**
15              Defendants.
16    _____/

17        Given the current status of the case, specifically, the pendency of defendants'

18    Motion to Dismiss, which motion is scheduled for hearing on August 22, 2008, the Case

19    Management Conference is hereby CONTINUED from August 1, 2008 to September 26,

20    2008 at 10:30 a.m.  The parties shall file either a joint case management statement or

21    separate case management statements no later than September 19, 2008.

22        Further, in light of plaintiff's pro se status, defendants' Request for Relief from

23    Automatic Referral to Alternative Dispute Resolution, filed July 17, 2008, is hereby

24    GRANTED; at the Case Management Conference, the Court will make a referral to an

25    appropriate option within the Court's Alternative Dispute Resolution program.

26        **IT IS SO ORDERED.**

27    Dated: July 18, 2008

28                                        _____
                                          MAXINE M. CHESNEY
                                          United States District Judge