RICHARD E. WINNIE, ESQ. (SBN 68048)
County Counsel
richard.winnie@acgov.org
DIANE C. GRAYDON, ESQ.(SBN 164095)
Deputy County Counsel
diane.graydon@acgov.org
County of Alameda, Office of County Counsel
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone: (510) 272-6700
Facsimile: (510) 272-5020

GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
JILL P. SAZAMA, ESQ. (SBN 214215)
jsazama@bjg.com
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH J. PIMENTEL, | Case No.: C 08-00249 MMC |
| Plaintiff, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | |
| THOMAS J. ORLOFF, et al., | Complaint Filed: January 14, 2008 |
| Defendants. | |

TO PLAINTIFF DEBORAH J. PIMENTAL IN PROPRIA PERSONA AND TO THE HONORABLE UNTIED STATES DISTRICT COURT:

Please take notice that Defendants THOMAS J. ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF

-1-

1  ALAMEDA COUNTY and THE COUNTY OF ALAMEDA hereby associate, as their attorneys
2  of record in this action, Boornazian, Jensen & Garthe, 555 12th Street, Suite 1800, Oakland, CA
3  94607.   Defendants and their counsel respectfully request that all future notices and
4  correspondence from plaintiff and this honorable court be directed to said attorneys, as well as to
5  Alameda County Counsel Richard E. Winnie, Esq.

7  DATED: July 25, 2008

    RICHARD E. WINNIE
    County Counsel in and for the County of
    Alameda, State of California

    By: _____
    DIANE C. GRAYDON, ESQ.
    Deputy County Counsel
    Attorneys for Defendants

13  DATED: July 25, 2008

    BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation

    By: _____
    GREGORY J. ROCKWELL, ESQ.
    JILL P. SAZAMA, ESQ.
    Attorneys for Defendants

GJR01\438392

-2-