1  RICHARD E. WINNIE, ESQ. (SBN 68048)
   County Counsel
2  richard.winnie@acgov.org
   DIANE C. GRAYDON, ESQ.(SBN 164095)
3  Deputy County Counsel
   diane.graydon@acgov.org
4  County of Alameda, Office of County Counsel
   1221 Oak Street, Suite 450
5  Oakland, CA  94612
   Telephone:  (510) 272-6700
6  Facsimile:  (510) 272-5020

7  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
8  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
9  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
10 555 12th Street, Suite 1800
   P. O. Box 12925
11 Oakland, CA  94604-2925
   Telephone: (510) 834-4350
12 Facsimile: (510) 839-1897

13 Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DEBORAH J. PIMENTEL, | ) | Case No.: C 08-00249 MMC |
|---|---|---|
| Plaintiff, | ) | **DECLARATION OF SERVICE OF NOTICE OF ASSOCIATION OF COUNSEL** |
| vs. | ) | |
| THOMAS J. ORLOFF, et al., | ) | |
| Defendants. | ) | Complaint Filed:  January 14, 2008 |

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

-1-

DECLARATION OF SERVICE OF NOTICE OF ASSOCIATION OF ATTORNEYS
*Deborah J. Pimentel v. Thomas J. Orloff, et al.*; U.S.D.C.-N. Dist. of CA Case No. C 08-00249 MMC

    I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **NOTICE OF ASSOCIATION OF COUNSEL**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Deborah J. Pimentel            Plaintiff In Pro Per
6644 Wooster Court
Castro Valley, CA 94552
Tel.: (510) 886-8933

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at Oakland, California, on July 28, 2008.

_Candace H_____
Candace Hankins

GJR01\438471

-2-

DECLARATION OF SERVICE OF NOTICE OF ASSOCIATION OF ATTORNEYS
*Deborah J. Pimentel v. Thomas J. Orloff, et al.;* U.S.D.C.-N. Dist. of CA Case No. C 08-00249 MMC