1  RICHARD E. WINNIE, ESQ. (SBN 68048)
   richard.winnie@acgov.org
2  DIANE C. GRAYDON, ESQ. (SBN 164095)
   diane.graydon@acgov.org
3  OFFICE OF COUNTY COUNSEL, COUNTY OF ALAMEDA
   1221 Oak Street, Suite 450
4  Oakland, CA 94612
   Telephone: (510) 272-6700
5  Facsimile: (510) 272-5020

6  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
7  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
8  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
9  555 12th Street, Suite 1800
   P. O. Box 12925
10 Oakland, CA 94604-2925
   Telephone: (510) 834-4350
11 Facsimile: (510) 839-1897

12 Attorneys for Defendants THOMAS ORLOFF,
   NANCY O'MALLEY, G. RICHARD KLEMMER,
13 DAVID C. BUDDE, THE DISTRICT ATTORNEY'S
   OFFICE OF ALAMEDA COUNTY, and
14 THE COUNTY OF ALAMEDA

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17 | DEBORAH J. PIMENTEL,              ) Case No.: CV 08-00249 MMC
                                       )
18 |       Plaintiff,                  ) **ANSWER TO EMPLOYMENT**
                                       ) **DISCRIMINATION AND WRONGFUL**
19 | vs.                               ) **TERMINATION COMPLAINT**
                                       )
20 | THOMAS ORLOFF, NANCY O'MALLEY,    ) **DEMAND FOR JURY TRIAL**
     G. RICHARD KLEMMER, DAVID C.      )
21 | BUDDE, THE DISTRICT ATTORNEY'S    )
     OFFICE OF ALAMEDA COUNTY,         )
22 | THE COUNTY OF ALAMEDA, DOES 1-10, )
                                       ) Complaint Filed: January 14, 2008
23 |       Defendants.                 )

24        **COMES NOW**, defendants THOMAS ORLOFF, NANCY O'MALLEY, G. RICHARD

25 KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA

26 COUNTY, and THE COUNTY OF ALAMEDA, , and for their answer to the unverified complaint

27 of plaintiff on file herein, admit, deny and allege as follows:

28
                                      -1-

1.   Answering the allegations of numbered paragraphs 1, 5, and 6 of said complaint, defendants lack information and belief sufficient to admit or deny the allegations contained in said paragraphs, and, based upon such lack of information and belief, defendants deny said allegations.

2.   Answering the allegations of numbered paragraphs 2, 3, and 4 of said complaint, defendants admit the allegations of said paragraphs to the extent that they list business addresses (rather than residence addresses) of the defendants therein.

3.   Answering the allegations of numbered paragraphs 7, 8, 9, 10, 11, and 12 of said complaint, defendants deny each and every and all of the allegations of said paragraphs and further deny that plaintiff has sustained any injuries, losses or damages of any kind or character as a result of any conduct on the part of these answering defendants.

## SEPARATE AFFIRMATIVE DEFENSES

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN**, these answering defendants allege that neither the complaint, nor any of the purported cause of action contained therein, states facts sufficient to constitute a cause of action against these answering defendants.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN**, these answering defendants allege that the plaintiff has failed to mitigate her damages, and said failure has proximately contributed to the event and damages alleged in her complaint.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN**, defendants assert that plaintiff's claims are barred, in whole or in part, because plaintiff has failed to comply with all jurisdictional prerequisites to bringing this action.

**AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN**, these answering defendants allege that plaintiff unreasonably delayed bringing this

action to the prejudice of defendant, and, by reason thereof, their claims are barred by the doctrine of laches.

AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION CONTAINED THEREIN, these answering defendants allege that plaintiff's action is barred by the applicable statute of limitations, including without limitation that set forth in California Code of Civil Procedure section 335.1.

AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants are informed and believe and thereon allege that by reason of plaintiff's own acts and omissions, plaintiff is estopped from seeking any recovery from defendants by reason of the allegations set forth in the complaint.

AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that they are not liable for any acts or omissions of their employees which occurred outside of those employees' scope of employment.

AS AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that plaintiff's claim is barred under the doctrine set forth in the U.S. Supreme Court's decision in *McMillian v. Monroe County* (1997) 117 S. Ct. 1734 and the Eleventh Amendment to the U.S. Constitution in that in engaging in the conduct complained of, if it occurred at all, defendants were acting in the capacities as officers of the State of California and not the County of Alameda.

AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that at all times mentioned in the complaint, defendants performed and discharged in good faith each and every obligation, if any, owed to plaintiff.

AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that at all times material to this action, defendants and their employees had reasonable cause to act and acted properly in their activities in relationship to plaintiff.

AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that at all times relevant to plaintiff's complaint herein, plaintiff knowingly, voluntarily and willingly consented to any search, if, in fact, any search was performed.

AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants are informed and believe and thereon allege that by conduct, representations and omissions, plaintiff has waived, relinquished and/or abandoned any claim for relief against these defendants respecting the matters which are the subject of the complaint.

AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants allege that they were at all times acting without malice and in good faith and therefore are entitled to immunity from suit.

AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF, these answering defendants are informed and believe and thereon allege that any damages sustained by plaintiff were either wholly, or in part, negligently caused by persons, firms, corporations or entities other than these answering defendants, and said actions comparatively reduces the percentage of liability, if any, by these answering defendants.

WHEREFORE, the defendants pray that:

1. The complaint be dismissed with prejudice;

2. That the plaintiff be awarded nothing by her complaint;

-4-

3. That the defendants be awarded their costs of suit and attorneys' fees; and

4. That the court order such additional relief as it may deem just and proper.

DATED: September 3, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/ Jill P. Sazama, Esq.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
THOMAS ORLOFF, NANCY
O'MALLEY, G. RICHARD
KLEMMER, DAVID C. BUDDE,
THE DISTRICT ATTORNEY'S
OFFICE OF ALAMEDA COUNTY,
and THE COUNTY OF ALAMEDA

## DEMAND FOR JURY TRIAL

Defendants hereby demand a trial by jury of any and all claims that can be so tried.

DATED: September 3, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation


By:  /s/ Jill P. Sazama, Esq.
JILL P. SAZAMA, ESQ.
Attorneys for Defendants
THOMAS ORLOFF, NANCY
O'MALLEY, G. RICHARD
KLEMMER, DAVID C. BUDDE,
THE DISTRICT ATTORNEY'S
OFFICE OF ALAMEDA COUNTY,
and THE COUNTY OF ALAMEDA

25522\441567

-5-

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **ANSWER TO EMPLOYMENT DISCRIMINATION AND WRONGFUL TERMINATION COMPLAINT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

**Plaintiff in Pro Per**              **Via Mail**
Deborah J. Pimentel
6644 Wooster Court
Castro Valley, CA 94552
Telephone: 510-886-8933

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 3, 2008.


By: _____/s/ Carmen Kalt_____
Carmen Kalt

ANSWER TO EMPLOYMENT DISCRIMINATION AND WRONGFUL TERMINATION COMPLAINT
*Pimentel v. Orloff, et al.*, case no C08-00249 MMC

# PROOF OF SERVICE BY ELECTRONIC SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| **Co-Counsel**<br>Richard E. Winnie, Esq.<br>County Counsel<br>Diane C. Graydon, Esq.<br>Deputy County Counsel<br>County of Alameda, Office of County Counsel<br>1221 Oak Street, Suite 450<br>Oakland, CA 94612<br>Telephone: (510) 272-6700<br>Facsimile: (510) 272-5020 | Attorneys for Defendants THOMAS ORLOFF, NANCY O'MALLEY, G. RICHARD KLEMMER, DAVID C. BUDDE, THE DISTRICT ATTORNEY'S OFFICE OF ALAMEDA COUNTY, and THE COUNTY OF ALAMEDA |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on September 3, 2008.

By: ___/s/ Carmen Kalt___
Carmen Kalt

25522\441567

-7-

ANSWER TO EMPLOYMENT DISCRIMINATION AND WRONGFUL TERMINATION COMPLAINT
*Pimentel v. Orloff, et al.*, case no C08-00249 MMC