IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH J. PIMENTEL,

    Plaintiff,

v.

THOMAS J. ORLOFF, et al.,

    Defendants./

No. C-08-0249 MMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE; CONTINUING HEARING ON DEFENDANTS' MOTION** ~~**TO DISMISS**~~; **CONTINUING CASE MANAGEMENT CONFERENCE**

Before the Court is plaintiff's Motion for Continuance, filed September ~~20~~ 21, 2008, by which plaintiff seeks an enlargement of time to file opposition to defendants' Motion for Judgment on the Pleadings. Defendants ~~have~~/have not opposed plaintiff's motion. Accordingly, plaintiff's motion is hereby GRANTED. Plaintiff shall file her opposition to defendants' Motion to Dismiss no later than October 31, 2008; defendants shall file any reply ~~thereto~~ no later than November 7, 2008. The hearing on the matter is continued to November 21, 2008 at 9:00 a.m. Further, the Case Management Conference is continued to January 16, 2009.

    **IT IS SO ORDERED.**

Dated: ~~July 7, 2008~~ September 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge

~~ORDER RE: PLAINTIFF'S MOTION TO CONTINUE DEF'S MOT. FOR JUDGMENT ON THE PLEADINGS~~
*Pimentel v. Orloff, et al, Case No. C08-00249 MMC*

*1*