IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH J. PIMENTEL,

No. CV-08-0249 MMC

       Plainitff ,

  v.

**JUDGMENT IN A CIVIL CASE**

THOMAS J. ORLOFF, et al.,

       Defendants.

_____/

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** defendants' motion for judgment on the pleadings is hereby GRANTED, and defendants' request for sanctions is hereby DENIED.

Dated: November 25, 2008

                                    Richard W. Wieking, Clerk

                                    *Tracy Lucero*

                                    By: Tracy Lucero
                                    Deputy Clerk